1  HELENE WASSERMAN, Bar No. 130134
2  YAEL ADEF, Bar No. 259378
   LITTLER MENDELSON
3  A Professional Corporation
   2049 Century Park East
4  5th Floor
   Los Angeles, CA 90067.3107
5  Telephone: 310.553.0308
   Facsimile: 310.553.5583
6  E-mail: hwasserman@littler.com
   E-mail: yadef@littler.com

7  Attorneys for Defendant
   ESTENSON LOGISTICS, LLC
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                   WESTERN DIVISION

12 | ALEJANDRA ZATARAIN, an individual, | Case No. CV 09-05211 VBF (JEMx)
13 |                                    | ASSIGNED FOR ALL PURPOSES TO JUDGE VALERIE BAKER FAIRBANK
14 |       Plaintiff,                   |
15 | v.                                  | [PROPOSED] PROTECTIVE ORDER
16 | ESTENSON LOGISTICS, LLC, a Nevada Limited Liability Company; and DOES 1 through 10, inclusive, |
17 |                                    |
18 |       Defendants.                  |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

# ORDER

GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED THAT:

1. The Parties Stipulation Re Protective Order, attached hereto as an Exhibit is hereby entered in its entirety as the order of this Court.

Dated: February 22, 2010

/s/John E. McDermott
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

C:\DOCUME~1\yadef\LOCALS~1\Temp\NetRight\Print\93929041_1.doc

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.